Certificate Number: 15322-TXS-DE-038777262

Bankruptcy Case Number: 24-33263



15322-TXS-DE-038777262

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2024, at 2:45 o'clock PM CDT, Barbara F Stewart completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   August 17, 2024　　　　　　　　　By:   /s/Gene Bralewski

　　　　　　　　　　　　　　　　　　　　Name: Gene Bralewski

　　　　　　　　　　　　　　　　　　　　Title: Certified Credit Counselor